FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 1 2 2017

BY D. MARK JONES, CLERK
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JASON S. TYLER AKA JONATHAN WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY JAIL et al.,<br><br>Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:14-CV-803-DS<br><br>District Judge David Sam |

Plaintiff, Jason S. Tyler AKA Jonathan Williams, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Amended Complaint under § 1915(e), in an Order dated November 30, 2016, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. The order was returned to sender, marked, "Dft released."

Plaintiff has still not filed a second amended complaint. The Court last heard from Plaintiff on January 27, 2015, when he filed a response to an order to show cause.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 12th day of April, 2017.

BY THE COURT:

*/s/ David Sam*

JUDGE DAVID SAM
United States District Court